# Morgan Lewis

**August W. Heckman III**
Partner
+1.609.919.6696
august.heckman@morganlewis.com

MEMORANDUM ENDORSED

April 11, 2023

<u>VIA ECF</u>

Hon. Gabriel W. Gorenstein, Magistrate Judge
United States District Court, Southern District of New York
500 Pearl St., New York, NY 10007

Re: <u>*Lopez v. Amazon.com, Inc. et al*, Civil Action No. 1:22-cv-08721-JPC-GWG
Request to Adjourn Initial Case Management Conference</u>

Dear Judge Gorenstein,

We represent Defendants Amazon.com, Inc. and Prime Now LLC[1] ("Defendants") in the above-referenced action. Pursuant to Rule 1.A and 1.F of Your Honor's Individual Practices, we write with the consent of counsel for Plaintiff Maria Lopez ("Plaintiff") to respectfully request that the Court adjourn the initial case management conference scheduled for April 18, 2023 at 10:30 a.m. to April 26, 2023 at 2:00 p.m.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

<u>/s/ August W. Heckman</u>
August W. Heckman

c: All counsel of record (via ECF).

Conference adjourned to April 26, 2023, at 3:00 p.m. (Please note time is not the one requested in this letter). Same dial-in instructions apply.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 11, 2023

---

[1] The Complaint incorrectly names both Amazon.com, Inc., and Prime Now LLC as Defendants. The correct legal entity that employed Plaintiff was Prime Now LLC.

+1.212.309.6000
+1.212.309.6001